# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

MICHELLE ANTOINETTE PURTER,     )
                                )
    Plaintiff,                      )
                                )
v.                              )     Case No. CV410-110
                                )
THE LANDINGS CLUB,              )
                                )
    Defendant.                      )

## REPORT AND RECOMMENDATION

On June 26, 2010, the Court ordered Purter to show cause why this case should not be dismissed for her failure to prosecute the action. (Doc. 3.) She did not respond to the order within the time allotted. Since Purter has abandoned her case, it should be **DISMISSED**. S.D. Ga. LR 41.1 ("the assigned Judge may, after notice to counsel of record, sua sponte, or on motion of any party, dismiss any action for want of prosecution, with or without prejudice" for "[w]illful disobedience or neglect of any order of Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness"); *see also Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) (citing *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane*

*Growers Co-op. of Fla.*, 864 F.2d 101, 102 (11th Cir.1989).

**SO REPORTED AND RECOMMENDED** this  26th  day of July, 2010.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT of GEORGIA**