FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 SEP 17 AM 11:56

CLERK _____
SO. DIST. OF GA.

MICHELLE ANTOINETTE PURTER, )
)
    Plaintiff, )
)
v. ) Case No. CV410-110
)
THE LANDINGS CLUB, )
)
    Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 17th day of SEPTEMBER, 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA